IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30631
Conference Calendar

_____


SCOTT HARRISON,

                                        Plaintiff-Appellant,

versus

STATE OF LOUISIANA, ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-1665
- - - - - - - - - -
April 15, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Scott Harrison appeals the dismissal of his 42 U.S.C. § 1983 civil rights complaint. We have reviewed the record and Harrison's brief and find no error in the reasoning of the district court. See Harrison v. State of Louisiana, No. 94-1665-LC (W.D. La. Jan. 23, 1995) (unpublished); Harrison v. State of Louisiana, No. 94-1665-LC (W.D. La. May 13, 1996) (unpublished).

    Harrison's appeal is without arguable merit and, thus, frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir.

---

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1983).  Because the appeal is frivolous, it is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

Harrison is cautioned that any future frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  Harrison is cautioned further to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.